

FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>KORY KESHON WHITE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA 15-00589M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _Friday, December 11,_____, _2015_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _12/9/2015_

DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                                Page 1 of 1